JS-6

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| RICARDO A. KING, II, | Case No. 2:23-cv-08239-HDV-MAA |
| Plaintiff, | **JUDGMENT** |
| v. | |
| CALIFORNIA STATE BAR COURT, et al., | |
| Defendants. | |

Pursuant to the Order Accepting Findings and Recommendations of United States Magistrate Judge filed herewith,

IT IS ADJUDGED that the above-captioned case is dismissed with prejudice.

DATED: 8/26/24

HONORABLE HERNAN D. VERA
UNITED STATES DISTRICT JUDGE